IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MARK OVERALL, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:15cv202-MHT |
| | ) | (WO) |
| SHERIFF BILL FRANKLIN, | ) | |
| | ) | |
|    Defendant. | ) | |

### JUDGMENT

Pursuant to Fed. R. Civ. P. 41(a)(1), it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The plaintiff's motion to dismiss without prejudice (doc. no. 8) is granted.

(2) This lawsuit is dismissed in its entirety without prejudice, with costs taxed as paid.

It is further ORDERED that the plaintiff's motion for leave to proceed in forma pauperis (doc. no. 2) is denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 4th day of June, 2015.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE